**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DONNA M. BARNETT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 06-422-GPM |
| | ) |
| **WAL-MART STORES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

# ORDER

**MURPHY, Chief District Judge:**

It is the Order of this Court that Defendant Wal-Mart Stores, Inc. ("Wal-Mart") **SHALL** file, within 10 days of the date of this Order, an affidavit signed by a corporate representative of Wal-Mart who attests that he or she will be responsible for overseeing Wal-Mart's responses to discovery and ensuring that all discovery responses in this action are complete and in accordance with the rules. In addition, Wal-Mart **SHALL** file, with every response to discovery, a detailed, sworn affidavit signed by an employee of Wal-Mart. The affidavit shall identify the lawyer for Wal-Mart who forwarded the request to Wal-Mart, the date on which the request was forwarded, to whom the request was forwarded, the title and position of the person to whom it was forwarded, and the date it was received. The affidavit shall further disclose the identity of each person who was responsible for responding to the request, including the title and position of each individual, and it shall outline in detail what efforts were made to respond to the request and the result of those efforts.

Although the discovery response shall not be filed with the Court, this affidavit shall be filed with the Clerk of Court on the date the discovery response is served on opposing counsel. Failure

to file this affidavit will result in severe sanctions against Wal-Mart and/or its lawyers.

The Clerk of Court **SHALL** forward a copy of this Order to the Magistrate Judge assigned to this action in order that he will ensure Wal-Mart's compliance with this Order on all discovery matters.

At the conclusion of this case, the Court will entertain a motion by Defendant for relief from this Order in future cases.

**IT IS SO ORDERED.**

DATED:  06/29/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge
